PITTMAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(F), Ala. R.App. P.; Morgan v. Morgan, 183 So.3d 945, 968 (Ala.Civ.App.2014); Bray v. Bray, 979 So.2d.798, 800 (Ala.CivApp.2007); and O’Neal v. O’Neal, 678 So.2d 161, 164 (Ala.Civ.App.1996).
The appellee’s request for the award of an attorney fee on appeal is denied.
THOMPSON, P.J., and MOORE and DONALDSON, JJ., concur.
THOMAS, J., concurs in part and dissents in part, with writing.